# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Margaret Donzetta Suber, )  <br>*Plaintiff* ) <br> v. ) <br> Commissioner Social Security Administration, ) <br> *Defendant* ) | | Civil Action No. 6:17-cv-01444-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain.

Date:  June 11, 2018                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/Ashley Buckingham, Deputy Clerk
                                                            *Signature of Clerk or Deputy Clerk*